IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ANTONIO MORRIS, individually, and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOORDASH, INC.,<br><br>*Defendant.* | Case No. 1:25-CV-07314<br><br>Hon. Matthew F. Kennelly |

Now comes Plaintiff, Antonio Morris, by and through Counsel, and notifies the Court and Defendant of the dismissal of this matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: September 26, 2025

Respectfully submitted,

**FRADIN LAW**

s/ *Michael L. Fradin*
Michael L. Fradin, Esq.
8 N. Court St. Suite 403
Athens, Ohio 45701
Telephone: 847-986-5889
Facsimile: 847-673-1228
Email: mike@fradinlaw.com

By: /s/ *James L. Simon*
James L. Simon (OH#0089483)
SIMON LAW CO.
11 ½ N. Franklin Street
Chagrin Falls, Ohio 44022
Telephone: (216) 816-8696
Email: james@simonsayspay.com

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2025 a true and complete copy of the forgoing was served upon all necessary parties through the Court's Electronic Filing system.

/s/  *Michael L. Fradin*